**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 1:20-cv-21558 KMW**

GOVERNMENT EMPLOYEES INSURANCE CO., GEICO INDEMNITY CO., GEICO GENERAL INS. CO., and GEICO CAS. CO.,

      Plaintiffs,

vs.

DR. NESTOR FERNANDEZ M.D.

      Defendants
_____/

## NOTICE OF ADOPTION

PLEASE TAKE NOTICE that Defendant, Dr. NESTOR FERNANDEZ M.D., by and through undersigned counsel, adopts and joins the motion to dismiss filed by Defendants' Palmetto Health Medical Center Corp., et. al., on May 19, 2020. Doc. 11.

Respectfully Submitted,

    */s/Christian Carrazana*
    Christian Carrazana, Esq.
    Fla. Bar No.: 188115
    **CHRISTIAN CARRAZANA, P.A.**
    P.O. Box 900520
    Homestead Florida 33030
    Tel No.: (786) 226-8205
    Email: christian@carrazana-legal.com
    *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of this document was filed and served on this 24th day of June 2020 to counsel of record on the attached service list.

      */s/Christian Carrazana*
      Christian Carrazana, Esq.
      Fla. Bar No.: 188115

## SERVICE LIST

## CASE NO.: 1-19-cv-21183-KMW

John P. Marino, Esq.
Lindsey R. Trowell, Esq.
Kristen Wenger, Esq
SMITH, GABRELL & RUSSELL LLP
50 N. Laura St., Sutie 2600
Jacksonville Florida 33202
Phone: (904) 598-6100
Facsimile: (905) 598-6204
ltrowell@sgrlaw.com
jmarino@sgrlaw.com
kwenger@sgrlaw.com
Attorneys for Plaintiffs

Kenneth B. Schurr, Esq.
2030 S. Douglas Rd.
Coral Gables Florida 33134
Phone: (305) 441-9031
Email:  counselken@schurrlaw.com
Email:  kbsservice@schurrlaw.com
Attorney for Co-Defendants

Timothy J. Bang, Esq., Esq.. (pro hac vice)
RIVKEN RADLER LLP
Uniondale NY 11550
Phone: (516) 357-3000
Email: timothy.bang@rivkin.com
Attorney for Plaintiffs

Andrew Baratta, Esq.
Baratta, Russell & Baratta
3500 Reading Way
Huntington Valley PA 19006
Tel: 215-914-2222
Facsimile: 215-914-2118
Email:  andrew@barattarussell.com
Attorney for Co-Defendants