**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 1:20-cv-21558 KMW**

GOVERNMENT EMPLOYEES INSURANCE CO., GEICO INDEMNITY CO., GEICO GENERAL INS. CO., and GEICO CAS. CO.,

      Plaintiffs,

vs.

FERNANDEZ MEDICAL SERVICES, INC., MADAY FERNANDEZ

      Defendants
_____/

## NOTICE OF FILING

COMES NOW the Defendant, FERNANDEZ MEDICAL SERVICES INC., & MADAY FERNANDEZ, by and through undersigned counsel, hereby files the affidavit of Christopher Falck in support of Defendant's response to the Court's show cause order. Doc. 25

Respectfully Submitted,

*/s/Christian Carrazana*
Christian Carrazana, Esq.
Fla. Bar No.: 188115
**CHRISTIAN CARRAZANA, P.A.**
P.O. Box 900520
Homestead Florida 33030
Tel No.: (786) 226-8205
Email: christian@carrazana-legal.com
*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of this document was filed and served on this 27th day of June 2020 to counsel of record on the attached service list.

*/s/Christian Carrazana*
Christian Carrazana, Esq.
Fla. Bar No.: 188115

## SERVICE LIST

## CASE NO.: 1-19-cv-21183-KMW

John P. Marino, Esq.
Lindsey R. Trowell, Esq.
Kristen Wenger, Esq
SMITH, GABRELL & RUSSELL LLP
50 N. Laura St., Sutie 2600
Jacksonville Florida 33202
Phone: (904) 598-6100
Facsimile: (905) 598-6204
ltrowell@sgrlaw.com
jmarino@sgrlaw.com
kwenger@sgrlaw.com
Attorneys for Plaintiffs

Kenneth B. Schurr, Esq.
2030 S. Douglas Rd.
Coral Gables Florida 33134
Phone: (305) 441-9031
Email:  counselken@schurrlaw.com
Email:  kbsservice@schurrlaw.com
Attorney for Co-Defendants

Timothy J. Bang, Esq., Esq.. (pro hac vice)
RIVKEN RADLER LLP
Uniondale NY 11550
Phone: (516) 357-3000
Email: timothy.bang@rivkin.com
Attorney for Plaintiffs

Andrew Baratta, Esq.
Baratta, Russell & Baratta
3500 Reading Way
Huntington Valley PA 19006
Tel: 215-914-2222
Facsimile: 215-914-2118
Email:  andrew@barattarussell.com
Attorney for Co-Defendants