## AFFIDAVIT OF CHRISTOPHER FALCK

1. I, Christopher Falck, am over 18 years of age, and I have personal knowledge of the facts stated herein.

2. At all times material hereto, I am the legal assistant for Attorney Christian Carrazana.

3. Mr. Carrazana is legal counsel for Fernandez Medical Services Inc., and Maday Fernandez who are named as Defendants in the matter of *Gov't Employees Ins. Co., v. Gomez-Cortes et. al.*, Case no. 1:20-cv-21558 KMW which is pending in the Federal Southern District Court.

3. It was brought to my attention that on June 23, 2020, the Federal Southern District Court issued an order directing Defendants Fernandez Medical Services Inc., and Maday Fernandez to show cause why sanctions should not be imposed for failure to file a response to the complaint on June 19, 2020.

4. Defendants' failure to file a timely response in accordance with the Court's order was a product of oversight that was unintentional.

5. I failed to calendar the due date for Defendant's response in Mr. Carrazana's calendar; I accidently overlooked the email containing the paperless order dated May 22, 2020 granting Defendants' motion for extension of time.

I, the undersigned affiant, understand that I am swearing or affirming under oath the truthfulness of the statements in this affidavit and that punishment for knowingly making a false statement includes fines or imprisonment.

FURTHER AFFIANT SAYETH NAUGHT:

_____
CHRISTOPHER FALCK

**SWORN & SUBSCRIBED** before me this 24ᵗʰ day of June, 2020,
Personally Known ✓ or Produced Identification ____
Type of I.D. Produced _____.

_____
NOTARY PUBLIC - STATE OF FLORIDA
My commission expires:

Notary Public State of Florida
Yessenia L. Maldonado
My Commission GG 920804
Expires 10/08/2023