UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-CV-21558-KMW

GOVERNMENT EMPLOYEES INSURANCE
CO., GEICO INDEMNITY CO., GEICO
GENERAL INSURANCE COMPANY
and GEICO CASUALTY CO.,

        Plaintiffs,

v.

JOSE DEJESUS GOMEZ-CORTES, M.D.,
FERNANDEZ MEDICAL SERVICES, INC.,
MADAY FERNANDEZ, PAIN RELIEF CLINIC OF
HOMESTEAD CORP., LESYANI MARTINEZ,
LMT, DANIEL COLLAZO LOPEZ, HEALTH
AND WELLNESS SERVICES, INC., ANDRELVIS
DE FERIA, MANUEL ALEJANDRO FRANCO, M.D.,
WELLNESS HELATHCARE CLINIC CORP., JOSE
RAMON CABRERA, TAMARA Y. HERNANDEZ,
NESTOR FERNANDEZ, M.D., RESTORATIVE
THERAPY CENTER INC., RANDY DIAZ, SERGIO
CASTELLANOS, YURITZA HERNANDEZ GOMEZ, LMT.,
MAYULYS M. GALLO, LMT., GLOBAL CARE
SERVICES, INC., SILVIO MICHEL MESTRE DREKE,
**ARMANDO DE FERIA, MD**., MARIO LOPEZ, LMT.,
DOCTOR MAX MEDICAL CENTER CORP., ADRIAN
HERNANDEZ ALEMAN, IRENE CABRERA, JACQUELINE
LEVA MD., PEDRO HERRERA VILLAFRANCA, LMT.,
JORGE SIMON ROQUE, LMT., PALMETTO HEALTH MEDICAL
CENTER CORP., AND MARTHA I. TORRES, LMT.,

        Defendants.
_____/

**DEFENDANT'S RESPONSE TO SHOW CAUSE ORDER**

        COMES NOW, the Defendant ARMANADO DE FERIA, M.D., by and

through undersigned counsel hereby files this response pursuant to the Court's Order

directing the Defendant to show cause why a default judgment and/or sanctions not be imposed **(ECF 52)** and states:0

1. The undersigned attorney wishes to first apologize to this Court for his error on this matter.

2. On July 27, 2020 this Honorable Magistrate Judge Torres granted the Defendant's Motion for an Extension of time to file a response/answer by August 17,2020. ECF 45

3. On August 17, 2020 at 10:12 PM the undersigned attorney completed his Motion to Dismiss for Failure to State a Cause.

4. Minutes after completing his pleadings the undersigned attorney went through the process of E-Filing his Motion to Dismiss through Pacer.

5. The Undersigned attorney truly believed that he had completed the filing process on August 17, 2020.

6. Upon learning of his error, the Undersigned attorney immediately refiled his Motion to Dismiss. **(ECF  53).**

7. This error was not in any way a willful contemptuous disregard for the Court's Order but rather a neglectful error on the part of the Undersigned Attorney.

8. There is No danger of Prejudice to the Plaintiffs by the inadvertent short delay nor will it impact the proceedings.

9. The Undersigned attorney has attached a Declaration of Louis V. Martinez Esq. in support of this Reply.

WHEREFORE, the Defendant, ARMANDO DE FERIA, MD, by and through undersigned counsel, prays that sanctions not be imposed against the Defendant for failure to comlky with the Court's Order.

Respectfully Submitted,

Louis V. Martinez Esq.
LAW OFFICES OF LOUIS V. MARTINEZ, PA.
2333 Brickell Ave. Suite A-1
Miami, Florida 33129
(305) 764-3834

_____/s/_____
Louis V. Martinez, Esq.
Counsel for Plaintiff
Fl. Bar No.: 528862
Louisvmartinez14@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Unopposed Motion Requesting Extension of Time to File Responsive Pleading and/or Answer, was electronically filed on July 27, 2020, with the Clerk of the Court using CM/ECF. I also certify that the foregoing document was served this day on all counsel of record identified on the attached Service List via electronic filing generated by CM/ECF:

*/s/ Louis V. Martinez*
Louis V. Martinez