**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-21558-CIV-WILLIAMS**

GOVERNMENT EMPLOYEES INS. CO., *et al.*,

    Plaintiffs,

vs.

JOSE DEJESUS GOMEZ-CORTES, M.D., *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Edwin G. Torres's Report and Recommendation (DE 94) on Plaintiffs' motion for final default judgment (DE 64) against Defendants Lesyani Martinez ("Martinez"), Health and Wellness Services, Inc. ("Health and Wellness"), Andrelvis Perez, Restorative Therapy Center, Inc. ("Restorative Therapy"), Mayulys M. Gallo, Global Care Services, Inc. ("Global Care"), Silvio Michel Mestre Dreke, and Mario Lopez. In the Report, Magistrate Judge Torres recommended that Plaintiffs' Motion be GRANTED. Defendants filed no response to the motion for final default judgment (DE 94) and no objections to the Report. However, Defendant Martinez has since filed a motion to set aside default (DE 141), which Plaintiffs did not oppose and the Court granted.

Having carefully reviewed the Report, the record, and the applicable law, it is **ORDERED AND ADJUDGED** as follows:

    1. The Report (DE 94) is **AFFIRMED AND ADOPTED**, except with respect to Defendant Martinez.

2. The Motion for Final Default Judgment (DE 64) is **GRANTED IN PART AND DENIED IN PART AS MOOT**.

3. As to Defendant Martinez, the Clerk's Entry of Default (DE 50) has been set aside on the consent of Plaintiffs, and therefore the Motion for Final Default Judgment (DE 64) is **DENIED AS MOOT** as to this Defendant. The Motion is **GRANTED** as to the remaining Defendants identified therein.

4. Health and Wellness has no right to receive payment for any pending bills submitted to GEICO;

5. Restorative Therapy has no right to receive payment for any pending bills submitted to GEICO;

6. Global Care has no right to receive payment for any pending bills submitted to GEICO;

7. A total award against Health and Wellness Defendants, jointly and severally, of $1,523,260.97, of which $1,509,748.72 shall accrue post judgment interest pursuant to Fla. Stat. 55.03(1) until paid;

8. A total award against Restorative Therapy Defendants, jointly and severally, of $1,095,789.00, of which $1,016,572.57 shall accrue post judgment interest pursuant to Fla. Stat. 55.03(1) until paid;

9. A total award against Global Care Defendants, jointly and severally, of $456,324.48, of which $444,457.48 shall accrue post judgment interest pursuant to Fla. Stat. 55.03(1) until paid; and

10. The Court will enter final judgment against these Defendants in a separate document.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>28th</u> day of September, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE