**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20- 21558-CIV-WILLIAMS**

GOVERNMENT EMPLOYEES
INSURANCE CO., et al.,

    Plaintiffs,

v.

JOSE DEJESUS
GOMEZ-CORTES, M.D., et al.,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Chief Magistrate Judge Edwin G. Torres' Report and Recommendation (DE 207) on Plaintiffs' Motion for Default Judgment (DE 130) against Defendants Randy Diaz and Sergio Castellanos.[1] In the Report, Magistrate Judge Torres recommended that Plaintiffs' Motion be GRANTED as to Defendants Diaz and Castellanos. Defendants Diaz and Castellanos did not file objections to the Report, and the time to do so has passed.

However, Defendant Castellanos has filed a suggestion of bankruptcy since the Motion was initially filed. (DE 147.) In light of the bankruptcy, *In re Castellanos*, Ch. 7 Case No. 21-19196-AJC, (Bankr. S.D. Fla. 2022), the Report and Recommendation is adopted in part as to Defendant Diaz and stayed as to Defendant Castellanos. Plaintiffs shall notify the Court of relevant updates to Defendant Castellanos' bankruptcy.

Having carefully reviewed the Report, the record, and the applicable law, it is **ORDERED AND ADJUDGED** as follows:

---

[1] Default has been set aside as to Defendant Jorge Simon Roque, who was also named in the Motion.

1. The Report (DE 207) is **AFFIRMED AND ADOPTED** in part as to Defendant Randy Diaz.

2. Plaintiffs' Motion for Default Judgment (DE 130) is **GRANTED IN PART** as to Randy Diaz.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 31st day of March, 2022.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE