UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-21558-CIV-WILLIAMS

GOVERNMENT EMPLOYEES
INSURANCE CO., *et al.*,

    Plaintiffs,

vs.

JOSE DEJESUS
GOMEZ-CORTES, *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Chief Magistrate Judge Edwin G. Torres' Report and Recommendation (the "Report") (DE 208) on Plaintiffs' Motion for Default Judgment against Defendant Jose DeJesus Gomez-Cortes ("Plaintiffs' Motion") (DE 179). In the Report, Chief Magistrate Judge Torres recommends that the Court grant Plaintiffs' Motion (DE 179). Defendant filed no objections to the Report and the time to file objections has lapsed.

Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** that:

1. The Report (DE 208) is **AFFIRMED AND ADOPTED**.
2. Plaintiffs' Motion for Default Judgment (DE 179) is **GRANTED**, as follows:
    a. Plaintiffs' request for default judgment against Defendant Jose DeJesus Gomez-Cortes is **GRANTED**.

      b. Plaintiffs' request for damages in the total amount of $7,750,365.57 plus post-judgment interest at the current statutory rate is **GRANTED**.

3. The Court will separately enter an order of final default judgment against Defendant Jose DeJesus Gomez-Cortes.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this 18th day of July, 2022.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE