UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-21558-CIV-WILLIAMS

GOVERNMENT EMPLOYEES
INSURANCE CO., *et al.*,

    Plaintiffs,

v.

JOSE DEJESUS
GOMEZ-CORTES, *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Chief Magistrate Judge Edwin G. Torres' Report and Recommendation ("***Report***") on Plaintiffs' Motion for Default Judgment ("***Plaintiffs' Motion***") against Defendants Pain Relief Clinic of Homestead Corp. ("***Pain Relief Clinic***") and Daniel Collazo Lopez ("***Collazo***") (DE 301). (DE 330.) In the Report, Chief Magistrate Judge Torres recommends that the Court grant Plaintiffs' Motion. (*Id.*) No Party filed objections to the Report and the time to file objections has passed.

Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** that:

1. The Report (DE 330) is **AFFIRMED AND ADOPTED**.

2. Plaintiffs' Motion for Default Judgment (DE 301) is **GRANTED**, as follows:

    a. Plaintiffs' request for default judgment against Pain Relief Clinic and Collazo is **GRANTED**.

    b. Pain Relief Clinic has no right to receive payment for any pending bills submitted to GEICO.

    c. Plaintiffs' request for damages against Defendants Collazo and Pain Relief Clinic, jointly and severally, in the total amount of $978,685.63 plus post-judgment interest at the current statutory rate is **GRANTED**.

The Court will separately enter an order of final default judgment.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this <u>9th</u> day of March, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE